

**SO ORDERED.**
**SIGNED this 10th day of January, 2019**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 3:18-bk-33611-SHB |
| | CHAPTER 7 |
| James Delane Hopkins, | |
| Brenda Kay Hopkins, | |
| Debtors. | JUDGE: Suzanne H. Bauknight |
| | |
| Nationstar Mortgage LLC d/b/a | |
| Mr. Cooper, | |
| Movant, | |
| vs. | |
| James Delane Hopkins, | |
| Brenda Kay Hopkins, Debtors | |
| Michael H. Fitzpatrick, Trustee, | |
| Respondents. | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND TRUSTEE ABANDONMENT

This cause came before the court upon Motion for Relief from Automatic Stay and Trustee Abandonment with respect to certain property of the Debtors described as 200 Conkinnon Dr., Lenoir City TN 37772, filed by Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter "Movant"). For good cause shown, it is the opinion of the Court that the Motion should be granted and that cause exists for granting the relief requested as a result of the Debtors failure to maintain payments.

IT IS THEREFORE ORDERED:

1. That the automatic stay provisions of 11 U.S.C.§ 362(a) are dissolved and the Trustee ordered to abandon interest in the property pursuant to 11 U.S.C.§ 554(b).

2. That Fed. R. Bankr. P. 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order Granting Relief from Automatic Stay and Trustee Abandonment.

# # #

APPROVED FOR ENTRY BY:

                                              s/ Sharon N. Fewell
Sharon N. Fewell, Esq.
TN. Bar Id: 019193
Padgett Law Group
6267 Old Water Oak Road
Suite 203
Tallahassee, Florida 32312
(850) 422-2520 (telephone)
(850) 422-2567 (fax)
snf@padgettlaw.net